Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-14718 (JNP)

Tracy Patricia Gilman  
13 Center Avenue  
Westville, NJ  08093

Monthly Payment: $350.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/08/2022 | $700.00 | 03/24/2022 | $700.00 | 04/26/2022 | $350.00 | 06/03/2022 | $350.00 |
| 07/18/2022 | $350.00 | 08/12/2022 | $350.00 | 09/22/2022 | $350.00 | 10/06/2022 | $350.00 |
| 11/01/2022 | $350.00 | 12/12/2022 | $350.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | TRACY PATRICIA GILMAN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | E. RICHARD DRESSEL, ESQUIRE | 13 | $3,110.00 | $3,110.00 | $0.00 | $0.00 |
| 0 | E. RICHARD DRESSEL, ESQUIRE | 13 | $900.00 | $900.00 | $0.00 | $126.46 |
| 1 | AAKRON BILLING CENTER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ALEXANDER GILMAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ALLY FINANCIAL | 24 | $8,724.95 | $8,724.95 | $0.00 | $4,053.87 |
| 4 | ALTON J. GILMAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | AMERICAN MEDICAL COLLECTION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | AQUA FINANCE INC. FBO | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP, LLC | 24 | $971.26 | $971.26 | $0.00 | $607.62 |
| 8 | AQUA FINANCE, INC./ FBO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | AQUA FINANCE, INC./FBO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CAPITAL COLLECTION SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | CAPITAL ONE BANK USA, N.A. | 33 | $6,602.93 | $153.41 | $6,449.52 | $0.00 |
| 12 | CAPITAL ONE SERVICES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | CAPITAL ONE SERVICES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | CARDMEMBER SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | EMERGENCY CARE SERVICES OF NJ, PA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | U.S. DEPARTMENT OF EDUCATION | 33 | $23,592.30 | $548.12 | $23,044.18 | $0.00 |
| 18 | U.S. DEPARTMENT OF EDUCATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | FIFTH THIRD BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | FULTON BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | FULTON BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | GREENSKY, LLC | 33 | $12,882.50 | $299.30 | $12,583.20 | $0.00 |
| 23 | GREENSKY, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | INSPIRA HEALTH NETWORK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | INSPIRA HEALTH NETWORK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | INSPIRA MEDICAL CENTER WOODBURY, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | DEPARTMENT STORES NATIONAL BANK | 33 | $385.04 | $8.95 | $376.09 | $0.00 |
| 28 | MACY'S | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | MACY'S | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | MAGNETIC IMAGING OF KENNEDY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | ONPHXF01 | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | POWER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | QUEST DIAGNOSTICS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | SELECT PORTFOLIO SERVICING, INC. | 24 | $667.89 | $667.89 | $0.00 | $0.00 |
| 35 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,030.29 | $23.94 | $1,006.35 | $0.00 |
| 39 | WALMART/SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | E. Richard Dressel | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | U.S. BANK, N.A. | 33 | $956.85 | $22.23 | $934.62 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2019 | 19.00 | $0.00 |
| 11/01/2020 | Paid to Date | $8,754.12 |
| 12/01/2020 | 40.00 | $350.00 |
| 04/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $4,200.00 |
| Total paid to creditors this period: | $4,787.95 |
| Undistributed Funds on Hand: | $319.90 |
| Arrearages: | $350.00 |
| Attorney: | E. RICHARD DRESSEL, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**