**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Tracy Patricia Gilman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1221<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–14718–JNP | |

## Order of Discharge                                                                                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Tracy Patricia Gilman
aka Tracy P. Gilman, aka Tracy Patricia Sutherland, aka Tracy Sutherland, aka Tracy P. Sutherland

5/8/24                                                           **By the court:** Jerrold N. Poslusny Jr.
                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                                    **Chapter 13 Discharge**                                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                   Case No. 19-14718-JNP
Tracy Patricia Gilman                                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                    User: admin                                    Page 1 of 4
Date Rcvd: May 08, 2024                 Form ID: 3180W                                 Total Noticed: 64

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tracy Patricia Gilman, 13 Center Avenue, Westville, NJ 08093-1156 |
| 518070332 | | Aakron Billing Center, 3585 Ridge Park Drive, Akron, OH 44333-8203 |
| 518070333 | + | Alexander Gilman, 13 Center Avenue, Westville, NJ 08093-1156 |
| 518070335 | + | Alton J. Gilman, 358 Berkley Avenue, Mantua, NJ 08051-1560 |
| 518210650 | + | Amato Brothers Contractors, 3 Rancocas Blvd., Mount Laurel, NJ 08054-2058 |
| 518070336 | | American Medical Collection, PO Box 1235, Elmsford, NY 10523-0935 |
| 518070346 | | Emer.Care Services of N.J., PA, PO Box 1022, Wixom, MI 48393-1022 |
| 518070347 | | Emergency Care Service of PA, PC, P.O. Box 740021, Cincinnati, OH 45274-0021 |
| 518070349 | | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 518070348 | | Fedloan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 518070352 | | Fulton Bank of New Jersey, Cardmember Services, PO Box 6335, Fargo, ND 58125-6335 |
| 518070351 | | Fulton Bank of New Jersey, Cardmember Services, PO Box 790408, Saint Louis, MO 63179-0408 |
| 518070354 | | GreenSky, PO Box 71215, Charlotte, NC 28272-1215 |
| 518070356 | + | Inspira Health Network, 509 N. Broad Street, Woodbury, NJ 08096-1617 |
| 518070355 | | Inspira Health Network, PO Box 8484, Cherry Hill, NJ 08002-0484 |
| 518070357 | | Inspira Medical Center Woodbury, Inc., PO Box 95000-7130, Philadelphia, PA 19195-7130 |
| 518210651 | | Joseph Amato, 11 Center Avenue, Westfield, NJ 08093 |
| 518070361 | | Magnetic Imaging of Kennedy, 18 East Laurel Road, 435 Hurffville-Cross Keys Road, Stratford, NJ 08084 |
| 518070362 | | ONPHXF01, PO Box 1022, Wixom, MI 48393-1022 |
| 518070363 | + | Power, National Headquarters, 2501 Seaport Drive, Chester, PA 19013-2249 |
| 519110303 | + | Regina Cohen, Esquire, Lavin, Cedrone, Graver, Boyd & DiSipio, 1300 Route 73, Suite 307, Mt. Laurel, New Jersey 08054-2217 |
| 518070365 | + | Statebridge, 5680 Greenwood Plaza Blvd., Suite 100 S, Greenwood Village, CO 80111-2404 |
| 518251531 | + | Statebridge Company, LLC, c/o Schiller Knapp Lefkowitz Hertzel LLP, 5680 Greenwood Plaza Blvd. Suite 100S, Greenwood Village, CO 80111-2404 |
| 518073123 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518289210 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 08 2024 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 08 2024 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: GMACFS.COM | May 09 2024 00:26:00 | Ally Capital, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| cr | + | EDI: AISACG.COM | May 09 2024 00:26:00 | Ally Capital Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |
| 518238519 | | EDI: GMACFS.COM | May 09 2024 00:26:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |

Case 19-14718-JNP    Doc 63    Filed 05/10/24    Entered 05/11/24 00:15:02    Desc Imaged
                                Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 08, 2024 | Form ID: 3180W | Total Noticed: 64 |

| | | | | |
|---|---|---|---|---|
| 519259720 | + | EDI: AISACG.COM | May 09 2024 00:26:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518070334 | | EDI: GMACFS.COM | May 09 2024 00:26:00 | Ally Financial, PO Box 380902, Bloomington, MN 55438-0902 |
| 518070337 | | EDI: AQUAFINANCE.COM | May 09 2024 00:26:00 | Aqua Finance Inc. FBO, Connexus Credit Union, PO Box 101928, Depo 612, Birmingham, AL 35210-6928 |
| 518070338 | | EDI: AQUAFINANCE.COM | May 09 2024 00:26:00 | Aqua Finance, Inc., PO Box 844, Wausau, WI 54402-0844 |
| 518070339 | | EDI: AQUAFINANCE.COM | May 09 2024 00:26:00 | Aqua Finance, Inc./ FBO, Connexus Credit Union, PO Box 1143, Wausau, WI 54402-1143 |
| 518070340 | | EDI: AQUAFINANCE.COM | May 09 2024 00:26:00 | Aqua Finance, Inc./FBO, Connexus Credit Union, Attn: Tonya Schmirler, PO Box 3256, Milwaukee, WI 53201-3256 |
| 518587014 | + | EDI: LCIBAYLN | May 09 2024 00:26:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 518587015 | + | EDI: LCIBAYLN | May 09 2024 00:26:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 518070341 | + | Email/Text: amanda@cascollects.com | May 08 2024 20:47:00 | Capital Collection Service, PO Box 150, West Berlin, NJ 08091-0150 |
| 518070342 | | EDI: CAPITALONE.COM | May 09 2024 00:26:00 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 518173224 | + | EDI: AIS.COM | May 09 2024 00:26:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518070344 | + | EDI: CAPITALONE.COM | May 09 2024 00:26:00 | Capital One Services, LLC, PO Box 70886, Charlotte, NC 28272-0886 |
| 518070343 | + | EDI: CAPITALONE.COM | May 09 2024 00:26:00 | Capital One Services, LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518999199 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 08 2024 20:45:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gable, FL 33146-1839 |
| 518999198 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 08 2024 20:45:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gable, FL 33146-1839 |
| 519074976 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 08 2024 20:45:00 | Community Loan Servicing, LLC fka, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Boulevard, 5th Floor, BK Dept., Coral Gables, FL 33146-1837 |
| 518070360 | | EDI: CITICORP | May 09 2024 00:26:00 | Macy's, PO Box 8053, Mason, OH 45040 |
| 518070359 | | EDI: CITICORP | May 09 2024 00:26:00 | Macy's, PO Box 8058, Mason, OH 45040-8058 |
| 518070358 | | EDI: CITICORP | May 09 2024 00:26:00 | Macy's, PO Box 9001094, Louisville, KY 40290-1094 |
| 518247858 | | EDI: Q3G.COM | May 09 2024 00:26:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518070350 | | Email/Text: collectionbankruptcies.bancorp@53.com | May 08 2024 20:47:00 | Fifth Third Bank, 38 Fountain Square Plaza, Cincinnati, OH 45263 |
| 519448131 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |

Case 19-14718-JNP    Doc 63    Filed 05/10/24    Entered 05/11/24 00:15:02    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 08, 2024 | Form ID: 3180W | Total Noticed: 64 |

| | | | | |
|---|---|---|---|---|
| | | | May 08 2024 20:47:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Federal Home Loan Mortgage Corporation,, Serviced by Select Portfolio Servicing, |
| 519448130 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 08 2024 20:47:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518070353 | ^ | MEBN | May 08 2024 20:29:12 | GreenSky, PO Box 29429, Atlanta, GA 30359-0429 |
| 518124890 | + | Email/Text: bankruptcy@greenskycredit.com | May 08 2024 20:45:00 | Greensky, LLC, 1797 Northeast Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 518249690 | | EDI: PRA.COM | May 09 2024 00:26:00 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 518212701 | | EDI: Q3G.COM | May 09 2024 00:26:00 | Quantum3 Group LLC as agent for, Connexus Credit Union, PO Box 788, Kirkland, WA 98083-0788 |
| 518070364 | | Email/Text: BankruptcyMail@questdiagnostics.com | May 08 2024 20:47:00 | Quest Diagnostics, PO BOX 740775, Cincinnati, OH 45274-0775 |
| 518070366 | | EDI: SYNC | May 09 2024 00:26:00 | Synchrony Bank Home/SYNCB, PO Box 965033, Orlando, FL 32896-5033 |
| 518166211 | | EDI: USBANKARS.COM | May 09 2024 00:26:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 518070345 | | EDI: USBANKARS.COM | May 09 2024 00:26:00 | Cardmember Services, PO Box 108, Saint Louis, MO 63166-0108 |
| 519825374 | + | Email/Text: EBN@edfinancial.com | May 08 2024 20:45:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 518070367 | | EDI: SYNC | May 09 2024 00:26:00 | Walmart/Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 518070368 | | EDI: SYNC | May 09 2024 00:26:00 | Walmart/Synchrony Bank, PO Box 965033, Orlando, FL 32896-5033 |

TOTAL: 39

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2024            Signature:        /s/Gustava Winters

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 08, 2024 | Form ID: 3180W | Total Noticed: 64 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Andrew M. Lubin | on behalf of Creditor Bayview Loan Servicing LLC nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor Community Loan Servicing LLC. f/k/a Bayview Loan servicing, LLC. nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| E. Richard Dressel | on behalf of Debtor Tracy Patricia Gilman rdressel@lexnovalaw.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Melissa N. Licker | on behalf of Creditor Bayview Loan Servicing LLC mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Regina Cohen | on behalf of Creditor Ally Capital rcohen@lavin-law.com mmalone@lavin-law.com |
| Richard James Tracy, III | on behalf of Creditor Statebridge Company LLC richard.tracy.iii@gmail.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10